**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>              Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of  WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,*<br><br>              Plaintiff,<br><br>    vs.<br><br>William Deaton<br><br>              Defendant(s). | Adversary Proceeding<br>Case No. 19−51019−BLS |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss |
| COUNTY OF NASSAU | ) |

I, Alison Moodie, being duly sworn, depose and state:

1.      I am a Senior Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

---

[1]     The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2]     Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

2.      On July 22, 2020, at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to

Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation

Trust, I caused a true and correct copy of the **Entry of Default** [Docket No. 18] to be served by

first class mail on *William R. Deaton 5855 62nd Avenue, Unit 102, Pinellas Park, FL 33781-*

*5405, William Deaton, PO Box 1482, Pinellas Park FL 33780 and via email*

*deaton.william@hotmail.com* (Defendant).[3]

                                                                        /s/ Alison Moodie
                                                                        Alison Moodie

        Sworn to before me this
        5th day of August, 2020
        */s/ Panagiota Manatakis*
        Notary Public, State of New York
        No. 01MA6221096
        Qualified in Queens County
        Commission Expires April 26, 2022

---

[3]      The envelopes used for service in included a legend which stated: "*Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent.*"